**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of New Jersey

Case number (*If known*): _____    Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Innovation Transport LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-3259025 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1 International Boulevard, Suite 400 <br> Number    Street | _____ <br> Number    Street |
| _____ | P.O. Box |
| Mahwah    NJ    07495 <br> City    State    ZIP Code | _____ <br> City    State    ZIP Code |
| Bergen County <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number    Street <br> _____ <br> City    State    ZIP Code |

5. **Debtor's website** (URL)    n/a

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  Innovation Transport LLC
        Name                                           Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
4841

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____ When _____ Case number _____
                                        MM / DD / YYYY
          District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____ Relationship _____
          District _____ When _____
                                              MM / DD / YYYY
          Case number, if known _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **2**

| Debtor | Innovation Transport LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                                      State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor    Innovation Transport LLC                           Case number (*if known*)_____
          Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/18/2023
             MM / DD / YYYY

✖ /s/ Orlando Sanay                                 Orlando Sanay
Signature of authorized representative of debtor     Printed name

Title  Managing Member

**18. Signature of attorney**

✖ /s/ David Stevens                    Date  05/18/2023
Signature of attorney for debtor             MM / DD / YYYY

David Stevens
Printed name

Scura Wigfield, Heyer, Stevens & Cammarota LLP
Firm name

1599 Hamburg Turnpike
Number    Street

Wayne                                   NJ        07470
City                                    State     ZIP Code

2014904777                              dstevens@scura.com
Contact phone                           Email address

034422007                               NJ
Bar number                              State

**Fill in this information to identify the case:**

Debtor name: Innovation Transport LLC

United States Bankruptcy Court for the: District of New Jersey (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ................................................. $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ............................................ $ 565,511.22

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .............................................. $ 565,511.22

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............ $ 117,369.87

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................... $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............ +$ 427,122.56

4. **Total liabilities**.................................................................................................. $ 544,492.43
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: Innovation Transport LLC

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | Newtek Small Business Finance<br>Attn: President/CEO/Registered Agent<br>1981 Marcus Avenue, Suite 130<br>Lake Success, NY, 11042 | | | | | | 329,069.42 |
| 2 | MTA Bridges & Tunnels<br>Attn: Bankruptcy<br>Park 1<br>New York, NY, 10035 | | Services | | | | 32,852.01 |
| 3 | Transworld Systems Inc.<br>Attn: President/CEO/Registered Agent<br>1105 Schrock Road, Suite 300<br>Columbus, OH, 43229 | | Collection Agency | | | | 25,954.83 |
| 4 | Anibal Welding LLC<br>Attn: President/CEO/Registered Agent<br>44 Foundry Street<br>Newark, NJ, 07105 | | Services | | | | 11,018.03 |
| 5 | Prestige Towing & Recovery, Inc.<br>Attn: President/CEO/Registered Agent<br>947 Old Route 17, P.O. Box 245<br>Harris, NY, 12742 | | Services | | | | 10,950.00 |
| 6 | NYC Department of Finance - Parking Violations/Collections Division<br>Attn: Bankruptcy<br>Church Street Station, P.O. Box 3600<br>New York, NY, 10008 | | Services | | | | 10,869.73 |
| 7 | Credit Collection Services<br>Attn: President/CEO/Registered Agent<br>725 Canton Street<br>Norwood, MA, 02062 | | Collection Agency | | | | 3,834.95 |
| 8 | McLaughlin & Nardi, LLC<br>Attn: President/CEO/Registered Agent<br>37 Vreeland Avenue<br>Totowa, NJ, 07512 | | Services | | | | 1,445.50 |

Debtor ___Innovation Transport LLC___    Case number (*if known*)_____
      Name

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | Professional Account Malmanagement, LLC<br>Attn: President/CEO/Registered Agent<br>P.O. Box 500<br>Horseheads, NY, 14845 | | Collection Agency | | | | 513.40 |
| 10 | Transworld Systems Inc.<br>Attn: President/CEO/Registered Agent<br>1105 Schrock Road, Suite 300<br>Columbus, OH, 43229 | | Collection Agency | | | | 310.10 |
| 11 | City of New York - Traffic Violation Bureau<br>Attn: Bankruptcy<br>696 East Fordham Road<br>Bronx, NY, 10458 | | Collection Agency | | | | 304.59 |
| 12 | New York State - Taxation & Finance Department<br>Building 8, Room 455<br>W.A. Harriman State Campus<br>Albany, NY, 12227 | | Taxes & Other Government Units | | | | 0.00 |
| 13 | State of New Jersey, Division of Taxation<br>Attn: Bankruptcy<br>P.O. Box 245<br>Trenton, NJ, 08646 | | Taxes & Other Government Units | | | | 0.00 |
| 14 | Internal Revenue Service<br>Attn: Bankruptcy<br>P.O. Box 7346<br>Philadelphia, PA, 19101 | | Taxes & Other Government Units | | | | 0.00 |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Anibal Welding LLC
Attn: President/CEO/Registered Agent
44 Foundry Street
Newark, NJ 07105

Ascentium Capital
Attn: President/CEO/Registered Agent
23970 Highway 59 N
Kingwood, TX 77339

Attorney General United States Department of
Ben Franklin Station
P.O. Box 683
Washington, DC 20044

CFG Merchants Solutions LLC
Attn: President/CEO/Registered Agent
201 Route 17 North, Suite 805
Rutherford, NJ 07070

City of New York - Traffic Violation Bureau
Attn: Bankruptcy
696 East Fordham Road
Bronx, NY 10458

Cohn & Dussi, LLC on behalf of Platinum Rapid
Attn: Bankruptcy
68 Harrison Avenue, Suite 502
Boston, MA 02111

Credit Collection Services
Attn: President/CEO/Registered Agent
725 Canton Street
Norwood, MA 02062

Hale Trailer, Brake & Wheel, Inc.
Attn: President/CEO/Registered Agent
Cooper Road & Route 73
Voorhees, NJ 08043

Internal Revenue Service
Attn: Bankruptcy
P.O. Box 7346
Philadelphia, PA 19101

Law Office of Charles A. Gruen, Esq.
381 Broadway
Suite 300
Westwood, NJ 07675

Linebarger, Goggan, Blair & Sampson LLP
Attn: Bankruptcy
61 Broadway, Suite 2600
New York, NY 10006

McLaughlin & Nardi, LLC
Attn: President/CEO/Registered Agent
37 Vreeland Avenue
Totowa, NJ 07512

MTA Bridges & Tunnels
Attn: Bankruptcy
Park 1
New York, NY 10035

New Jersey Attorney General Office - Division
25 Market Street, P.O. Box 112
Trenton, NJ 08625

New York State - Taxation & Finance Departmen
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227

Newtek Small Business Finance
Attn: President/CEO/Registered Agent
1981 Marcus Avenue, Suite 130
Lake Success, NY 11042

Newtek Small Business Finance LLC
Attn: President/CEO/Registered Agent
1981 Marcus Avenue, Suite 130
New Hyde Park, NY 11042

NYC Department of Finance  - Parking Violatio
Attn: Bankruptcy
Church Street Station, P.O. Box 3600
New York, NY 10008

Platinum Rapid Funding Group
Attn: Bankruptcy
348 RXR Plaza
Uniondale, NY 11556

Prestige Towing & Recovery, Inc.
Attn: President/CEO/Registered Agent
947 Old Route 17, P.O. Box 245
Harris, NY 12742

Professional Account Malmanagement, LLC
Attn: President/CEO/Registered Agent
P.O. Box 500
Horseheads, NY 14845


Progressive Insurance
Attn: President/CEO/Registered Agent
6300 Wilson Mills Road
Cleveland, OH 44143


Secured Lender Solutions
Attn: President/CEO/Registered Agent
P.O. Box 2576
Springfield, IL 62708


Small Business Administration
Attn: Bankruptcy
2 North Street, Suite 320
Birmingham, AL 35203


State of New Jersey, Division of Taxation
Attn: Bankruptcy
P.O. Box 245
Trenton, NJ 08646


Tacit 219 Trust
Attn: President/CEO/Registered Agent
9300 Metcalf Avenue
Shawnee Mission, KS 66212


Transworld Systems Inc.
Attn: President/CEO/Registered Agent
1105 Schrock Road, Suite 300
Columbus, OH 43229


United States Attorney General
970 Broad St., Suite 700
Newark, NJ 07102

United States Bankruptcy Court

District of New Jersey

In re: Innovation Transport LLC

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/18/2023

/s/ Orlando Sanay
Signature of Individual signing on behalf of debtor

Managing Member
Position or relationship to debtor